IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ROBIN HOWARD AHMADIN, on behalf of Herself and all Others Evicted from, Denied access to or steered away from Sunset Heights Sunset Towers on the Basis of Familial Status, ) ) ) ) ) ) Plaintiff, ) vs. ) ) ROCK ISLAND HOUSING AUTHORITY, ) a municipal corporation ) ) Defendant. ) | U.S. District Court No. 11-4065 |

## JOINT SETTLEMENT AGREEMENT

COMES NOW the Plaintiff, Robin Howard Ahmadin, on behalf of Herself and all Others Evicted from, Denied access to or steered away from Sunset Heights Sunset Towers on the Basis of Familial Status by and through her attorney John F. Doak of Katz, Huntoon & Fieweger, PC, and Defendant Rock Island Housing Authority, a municipal corporation, by and through its attorney, Kevin L. Halligan of Bush, Motto, Creen, Koury & Halligan, P.L.C., and for their Joint Settlement Agreement set forward the following:

1) On July 25, 2011, Plaintiff, Robin Howard Ahmadin, on behalf of Herself and all Others Evicted from, Denied access to or steered away from Sunset Heights Sunset Towers on the Basis of Familial Status, filed her Complaint against Defendant, Rock Island Housing Authority in the Circuit Court for the 14th Judicial Circuit, Rock Island County, Illinois alleging Defendant discriminated against her based upon her familial

status in violation of the Fair Housing Act 42U.S.C.§3604(a), (b) and (c).

2) On August 25, 2011, Defendant, Rock Island Housing Authority removed Plaintiff's case to the Federal District Court for the Central District of Illinois and on August 26, 2011, Plaintiff filed her Amended Complaint alleging the same violations set forth above.

3) On March 8, 2012, Defendant, Rock Island Housing Authority filed its Answer and Affirmative Defenses to Plaintiff's Amended Complaint and Jury Demand.

4) There has been no class certified in this case pursuant to either Fed. R. Civ. P. 23(a) or (b) and there is no pending motion for class certification pursuant to Fed. R. Civ. P. 23(c).

5) The Defendant, Rock Island Housing Authority has reached a settlement with the only named Plaintiff in the case, Robin Howard Ahmadin. The terms of settlement are contained in a separate Full and Final Release of All Claims to be signed by the parties.

6) Upon satisfaction of the terms of settlement as set out in the Full and Final Release of All Claims Plaintiff will cause to be filed with this Court a Dismissal with Prejudice of the pending case. A copy of the Dismissal with Prejudice to be filed is attached hereto as Exhibit "A".

Respectfully submitted this 29th day of January, 2013.

        Rock Island Housing Authority, Defendant
        By its attorney:


        /s/ Kevin L. Halligan
        Kevin L. Halligan
        BUSH, MOTTO, CREEN, KOURY & HALLIGAN, P.L.C.
        5505 Victoria Avenue, Suite 100
        Davenport IA  52807
        (563) 344-4900 - Telephone
        (563) 344-8961 - Facsimile
        klhalligan@bmcklaw.com - E-Mail


        /s/ John F. Doak
        John F. Doak
        KATZ, HUNTOON & FIEWEGER, PC
        1000 36th Avenue
        Moline IL  61265
        (309) 797-3000
        (309) 797-2167
        jdoak@katzlawfirm.com - E-Mail
        ATTORNEY FOR ROBIN HOWARD AHMADIN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ROBIN HOWARD AHMADIN, On Behalf of Herself and All Others Evicted From, Denied Access to or Steered Away From Sunset Heights Sunset Towers on the Basis of Familial Status,<br><br>Plaintiffs,<br><br>vs.<br><br>ROCK ISLAND HOUSING AUTHORITY, a Municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 11-4065<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

Robin Howard Ahmadin, by and through her attorneys, Katz, Huntoon & Fieweger, P.C. and for her Motion to Dismiss states:

1. All matters in controversy in this case have been settled and should be dismissed with prejudice.

WHEREFORE, plaintiff requests that the Court hereby dismiss this case with prejudice.

                                                ROBIN HOWARD AHMADIN, on behalf
                                                of Herself and all Others Evicted from,
                                                Denied access to or steered away from Sunset
                                                Heights Sunset Towers on the Basis of Familial
                                                Status, Plaintiffs


                                                By: /s/John F. Doak



For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Plaintiff
1000 - 36th Avenue
Moline, IL 61265-7126
Telephone: 309-797-3000
Fax: 309-797-2167
Email: jdoak@katzlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify on the 30th day of January, 2013, I electronically filed Motion to Dismiss with the Clerk of the Court using the CM/ECF System which will send notification of this filing to the following:

Kevin L. Halligan
klhalligan@bmcklaw.com

By: /s/John F. Doak

2